S. LANE TUCKER
United States Attorney

KAREN VANDERGAW
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: karen.vandergaw@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLE RENN DWIGGINS, a/k/a "Money,"<br><br>Defendant. | No. 3:24-cr-00043-JMK-MMS<br><br>COUNT 1<br>DRUG CONSPIRACY<br>  Vio. of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)<br><br>COUNT 2<br>MONEY LAUNDERING CONSPIRACY<br>  Vio. of 18 U.S.C. § 1956(h) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

Beginning in or about January 2017, the exact date being unknown to the Grand Jury, and continuously thereafter through and including about September 26, 2019, within the District of Alaska and elsewhere, the defendant, KYLE RENN DWIGGINS, knowingly and intentionally combined, conspired, confederated and agreed with other persons known and unknown to the Grand Jury to distribute and to possess with intent to distribute a

controlled substance, to wit: one kilogram or more of a mixture and substance containing a detectable amount of heroin.

All of which is in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A).

## COUNT 2

Beginning in or about January 2017, the exact date being unknown to the Grand Jury, and continuously thereafter through and including about September 26, 2019, within the District of Alaska, the defendant, KYLE RENN DWIGGINS, knowingly and intentionally conspired, confederated, and agreed with others persons known and unknown to the Grand Jury to commit an offense against the United States in violation of 18 U.S.C. § 1956, to wit: to conduct financial transactions affecting interstate and foreign commerce involving bank deposits and withdrawals, which involved the proceeds of a specified unlawful activity, that is, the unlawful distribution of controlled substances, with the intent to promote the carrying on of this unlawful activity, and to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of the specified unlawful activity, and that while conducting such financial transaction, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of 18 U.S.C. § 1956(a)(1), (A)(i), & (B)(i).

All of which is in violation of 18 U.S.C. § 1956(h).

A TRUE BILL.

                                          s/ Grand Jury Foreperson
                                          GRAND JURY FOREPERSON

s/ Karen Vandergaw
KAREN VANDERGAW
Assistant U.S. Attorney
United States of America

s/ S. Lane Tucker
S. LANE TUCKER
United States Attorney
United States of America

DATE: 4/16/2024